# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

DEBRA MORROW BRITT AND
JAMES BRITT

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

vs.

GLYNN-BRUNSWICK MEMORIAL
HOSPITAL AUTHORITY, A GEORGIA
HOSPITAL AUTHORITY ORGANIZED
And existing under the GEORGIA
HOSPITAL ACT, trading as
SOUTHEAST GEORGIA HEALTH
SYSTEM,

Case Number CV209-147

    Defendant.

[✓] **Jury Verdict.** Plaintiffs' monetary claims came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

## IT IS ORDERED and ADJUDGED

That judgment is hereby entered in favor of the Defendant and against Plaintiffs on Plaintiffs' monetary claims brought under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 1201, *et seq.*, and the Rehabilitation Act ("RA"), 29 U.S.C. § 701, *et. seq.*.

[✓] **Decision by Court.**

## IT IS ALSO ORDERED and ADJUDGED

That in accordance with the Court's order dated September 30, 2011, judgment is entered in favor of defendant and against plaintiffs as to all claims for injunctive relief and attorney's fees.

APPROVED:

_____
James E. Graham
United States Magistrate Judge

Date: September 30, 2011

SCOTT L. POFF, CLERK

By: Robbi Atkins, Deputy Clerk